1 MANATT, PHELPS & PHILLIPS, LLP
Jill M. Pietrini, Esq. (Bar No. CA 138335)
2    jpietrini@manatt.com
Diana Iketani Iorlano (Bar No. CA 193359)
3    diorlano@manatt.com
Paul A. Bost, Esq. (Bar No. CA 261531)
4    pbost@manatt.com
11355 West Olympic Boulevard
5 Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
6 Facsimile: (310) 312-4224

7 *Attorneys for Plaintiff*
SUMMIT ENTERTAINMENT, LLC

8

FILED
CLERK, U.S. DISTRICT COURT

APR 26 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

9           UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
10                 WESTERN DIVISION

11

CV11   03570 RSWL (JCx)

12 SUMMIT ENTERTAINMENT, LLC,     Case No. _____
a Delaware limited liability company,
13                                 **COMPLAINT FOR FALSE**
            Plaintiff,             **DESIGNATION OF ORIGIN,**
14                                 **TRADEMARK INFRINGEMENT,**
            v.                     **TRADEMARK DILUTION, TRADE**
15                                 **DRESS INFRINGEMENT,**
                                   **CANCELLATION OF**
16 BATH & BODY WORKS BRAND        **TRADEMARK REGISTRATION,**
MANAGEMENT, INC., a Delaware      **AND UNFAIR COMPETITION**
17 corporation, and Does 1-20, inclusive,
                                   **(Demand For Jury Trial)**
            Defendants.
18

19

20      Plaintiff Summit Entertainment, LLC ("Summit"), for its complaint against

21 defendant Bath & Body Works Brand Management, Inc. ("Defendant") and Does 1-

22 20, alleges as follows:

23                        **JURISDICTION**

24      1.      This action arises under the trademark and anti-dilution laws of the

25 United States, 15 U.S.C. § 1051, *et seq.* and under the statutory and common law of

26 unfair competition. This Court has jurisdiction under 28 U.S.C. §§ 1331 and

27 1338(a) and (b), and § 1367, and 15 U.S.C. § 1121. This action arises under the

28 laws of the United States.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2.       Venue is proper under 28 U.S.C. §§ 1391(b) and (c) in this case because Summit resides in this District, and on information and belief, Defendants are subject to personal jurisdiction in this District, and/or a substantial part of the events or omissions giving rise to property that is the subject of the action is situated in this District.

## PARTIES

3.       Summit is a Delaware limited liability company having its principal place of business in Santa Monica, California.

4.       On information and belief, Defendant is a Delaware corporation having its principal place of business in New York, NY, and does business in this District.

5.       Defendant is subject to personal jurisdiction in this District.

## FACTS

**Summit's Business, Trademarks, and Copyrights**

6.       Since 1991, Summit and its predecessors have been an active participant in the motion picture industry.  Summit has produced and distributed films and related entertainment products, and has also been involved in motion picture financing, production, and distribution services.

7.       Summit also licenses the trademarks associated with the motion pictures it produces and distributes for use on various items of merchandise, including cosmetics, personal care products, and clothing.

8.       Summit is the producer and distributor of the highly successful *Twilight* motion picture franchise.  Initially, Summit released the extremely successful and popular *Twilight* about a teenage girl, Isabella ("Bella") Swan, who falls in love with a vampire, Edward Cullen.  Bella's other suitor in the film is Jacob Black, a werewolf.  The film was released in the United States on November 21, 2008.  Summit released a second motion picture in the *Twilight* series, *The Twilight Saga:  New Moon* ("*New Moon*"), in the United States on November 20, 2009.  Summit released *New Moon* for sale and rental on digital versatile disc

("DVD") on March 20, 2010.  Summit released a third motion picture in the *Twilight* series, *The Twilight Saga:  Eclipse* ("*Eclipse*"), in the United States on June 30, 2010.  Summit released *Eclipse* for sale and rental on DVD on December 4, 2010.  The motion pictures constituting The *Twilight Saga* series are herein referred to as the "Twilight Motion Pictures."  Each of the Twilight Motion Pictures were heavily promoted months before their release, and each promotional campaign's advertisement copy consistently featured specific color palettes and design motifs unique to and associated with its respective Twilight Motion Picture.

9.      Summit is the owner of the trademark TWILIGHT in block letters, and in a distinctive stylized font (the "stylized TWILIGHT mark"), the trademark THE TWILIGHT SAGA, and other marks including the term TWILIGHT (collectively "the TWILIGHT Marks").  Summit owns federal registrations for TWILIGHT in Class 5 (Reg. No. 3,861,517), TWILIGHT in Class 9 (Reg. No. 3,884,386), TWILIGHT in Class 18 (Reg. No. 3,884,385), TWILIGHT in Class 25 (Reg. No. 3,944,718), TWILIGHT in Class 26 (Reg. No. 3,867,985), TWILIGHT in Classes 41 and 45 (Reg. No. 3,756,560), the stylized TWILIGHT mark in Class 45 (Reg. No. 3,817,079), LUNA TWILIGHT in Class 3 (Reg. No. 3,929,237), and TWILIGHT TRACKER in Class 9 (Reg. No. 3,793,131).  True and correct copies of these certificates of registration are attached hereto as **Exhibit A**.  Summit also owns many additional pending federal trademark applications to register the TWILIGHT Marks for use on various types of goods and services.  Summit's stylized TWILIGHT mark is shown below:



10.     Summit has licensed its TWILIGHT trademark to third parties to sell on cosmetics and other related products, including without limitation clothing.  Summit's licensees first sold cosmetics bearing the LUNA TWILIGHT mark on August 1, 2009, and continue to sell such products.  Summit's licensees first sold

1    clothing bearing the TWILIGHT mark in September of 2008, and continue to sell

2    such products.

3        11.    Summit is also the owner of all rights in the design of its licensee's

4    LUNA TWILIGHT brand of cosmetics ("Luna Twilight Cosmetics").  The Luna

5    Twilight Cosmetics feature a combination of various characteristics constituting a

6    distinctive trade dress ("Summit's Trade Dress").  Summit's Trade Dress includes a

7    silhouette of a tree lining one of side of a glass receptacle with some of the tree's

8    branches extending to the other side of the receptacle.  Summit's Trade Dress is

9    non-functional and protectable.  True and correct photographs of certain of the

10   Luna Twilight Cosmetics are attached hereto as **Exhibit B**.

11       12.    By virtue of Summit's licensee's extensive sales and promotion of the

12   Luna Twilight Cosmetics, Summit's Trade Dress has developed secondary meaning

13   in the marketplace.  Consumers now recognize Summit and its licensee as the

14   source of origin on the Luna Twilight Cosmetics.  Summit's Trade Dress is

15   valuable to Summit as an identifier of its products, the quality of its products, and

16   the goodwill that Summit has earned in the market.

17   **Defendants and Their Infringing Actions**

18       13.    On information and belief, Defendant is a retailer that sells cosmetics

19   and bath and personal care products from its website at <bathandbodyworks.com>

20   ("Defendant's Website") and from its brick and mortar stores.

21       14.    Summit learned that Defendant was promoting and selling  cosmetics,

22   bath and personal care products, and candles under the TWILIGHT WOODS

23   trademark on Defendant's Website and in its stores (the "Infringing Products"), and

24   that Defendant's marketing and sale of the Infringing Products had resulted in

25   confusion as to the source of the Infringing Products or their association with

26   Summit.  Defendant's use of the TWILIGHT WOODS trademark was, and

27   continues to be, without prior authorization, permission, or license from Plaintiff.

28   Consumer confusion due to Defendant's use of the TWILIGHT WOODS trademark

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1   was exacerbated by Defendant's use of color schemes and design motifs on the

2   Infringing Products that were evocative of Summit's promotional copy for *New*

3   *Moon*, which was being heavily promoted throughout the United States at the time,

4   upon information and belief, Defendants first advertised and sold its Infringing

5   Products.  Summit also learned that certain of the Infringing Products featured

6   distinctive design elements similar to Summit's Trade Dress, which also resulted in

7   confusion as to the source of the Infringing Products or their association with

8   Summit, and also exacerbated any such confusion created as a result of Defendant's

9   use of the TWILIGHT WOODS mark.  Consumer confusion was further amplified

10  by Defendant's launch of its TWILIGHT WOODS for Men products in late

11  September 2010, which feature the distinctive color schemes of *Eclipse*, which was

12  released theatrically on June 30, 2010 and was heavily promoted throughout the

13  United States many months earlier.

14          15.    Summit alleges on information and belief that Summit and its licensees

15  market their Twilight Motion Pictures and the associated TWILIGHT-branded

16  goods, respectively, to the same consumers to which Defendant markets its

17  Infringing Products.  Defendant purchased products from the Luna Twilight

18  Cosmetics line and sold them in Defendant's brick and mortar stores and/or

19  Defendant's Website, along side of Defendant's Infringing Products.

20          16.    Defendant has filed an application to register the TWILIGHT WOODS

21  trademark in Class 3 (Ser. No. 77/711,734).  The U.S. Patent & Trademark Office

22  ("PTO") cited Summit's prior application to register TWILIGHT in Class 3 (Ser.

23  No. 77/508,141) as a bar to registration of Defendant's application based on 15

24  U.S.C. § 1052(d), and Defendant's application is currently suspended pending the

25  PTO's disposition of Summit's prior application.

26          17.    Defendant also filed an application to register and obtained a

27  registration of TWILIGHT CRUSH in Class 3 (Reg. No. 3,926,288).  The PTO

28  cited Summit's prior application to register TWILIGHT in Class 3 (Ser. No.

1  77/508,141) as a bar to registration of Defendant's application based on 15 U.S.C. §

2  1052(d).

3      18.    On November 1, 2010, Summit sent Defendant a letter demanding that

4  it cease and desist its infringement of Summit's intellectual property.  Summit

5  included in this letter evidence of confusion amongst consumers engendered by

6  Defendant's use of the TWILIGHT WOODS mark and its design of its Infringing

7  Products.  A true and correct copy of Summit's demand letter to Defendant is

8  attached hereto as **Exhibit C**.  On November 22, 2010, Defendant responded to

9  Summit, wherein it disputed Summit's evidence of consumer confusion, and

10  refused to comply with any of Summit's demands.  Thereafter, on January 27,

11  2011, Summit responded to Defendant and attached further examples of consumer

12  confusion, and invited Defendant's counsel to contact Summit's counsel to discuss

13  a possible resolution of the dispute.  In February 2011, the parties' attorneys

14  attempted to connect to discuss settlement, but were not able to.

15      19.    On March 8, 2011, through new counsel, Defendant sent Summit a

16  letter informing it that it had filed a complaint in the Southern District of New York

17  against Summit, designated Case No. 11 CV 1594, for declaratory judgment ("the

18  New York Lawsuit"), but that it would not serve the complaint on Summit if

19  Summit was interested in amicably resolving the matter on Defendant's terms.

20  Summit proposed alternative settlement terms, which Defendant summarily

21  rejected.  Contradicting Defendant's purported interest in coming to an amicable

22  resolution, Defendant served Summit with its complaint in the New York Lawsuit

23  on April 21, 2011.  Summit believes that the New York Lawsuit was a bad faith

24  filing to obtain a procedural and substantive advantage over Summit and was filed

25  to extract a favorable settlement from Summit as a result.  Summit will be filing a

26  motion to dismiss the New York Lawsuit as a result.

27  / / /

28  / / /

**FIRST CAUSE OF ACTION**

**(False Designation of Origin – 15 U.S.C. § 1125(a))**

20.     Summit repeats and realleges each and every allegation of paragraphs 1 through 19, above, as though fully set forth herein.

21.     Defendant's actions as alleged herein constitute a false designation of origin, affiliation or sponsorship in violation of 15 U.S.C. § 1125(a).

22.     The use of the TWILIGHT WOODS and TWILIGHT CRUSH trademarks by Defendant constitute a false designation of origin and a false description or representation that wrongfully and falsely designates the Infringing Products as originating from Summit, or being associated, affiliated or connected with or approved or sponsored by Summit.

23.     As a direct and proximate result of Defendant's wrongful acts, Summit has suffered and continues to suffer and/or is likely to suffer damage to its trademarks, business reputation, and goodwill.  Defendant will continue to use, unless restrained, the TWILIGHT WOODS and TWILIGHT CRUSH marks or other marks confusingly similar to Summit's TWILIGHT Marks and will cause irreparable damage to Summit.  Summit has no adequate remedy at law and is entitled to an injunction restraining Defendant, its officers, agents, and employees, and all persons acting in concert with Defendant, from engaging in further acts of false designation of origin, affiliation or sponsorship.

24.     Summit is further entitled to recover from Defendant the actual damages that it sustained and/or is likely to sustain as a result of Defendant's wrongful acts.  Summit is presently unable to ascertain the full extent of the monetary damages that it has suffered and/or is likely to sustain by reason of Defendant's acts of false designation of origin, affiliation or endorsement.

25.     Summit is further entitled to recover from Defendant the gains, profits, and advantages that Defendant has obtained as a result of its wrongful acts. Summit is presently unable to ascertain the extent of the gains, profits, and

1  advantages that Defendant has realized by reason of its acts of false designation of

2  origin, affiliation or endorsement.

3       26.    Because of the willful nature of Defendant's wrongful acts, Summit is

4  entitled to an award of treble damages and increased profits pursuant to 15 U.S.C.

5  § 1117 and destruction of the Infringing Products under 15 U.S.C. § 1118.

6       27.    Summit is also entitled to recover its attorneys' fees and costs of suit

7  pursuant to 15 U.S.C. § 1117.

8  <div align="center">**SECOND CAUSE OF ACTION**</div>

9  <div align="center">**(Trademark Infringement – 15 U.S.C. § 1114 and Common Law)**</div>

10       28.    Summit repeats and realleges each and every allegation of paragraphs

11  1 through 27, above, as though fully set forth herein.

12       29.    Defendant has used in commerce, without Summit's permission, the

13  TWILIGHT WOODS and TWILIGHT CRUSH marks in a manner that is likely to

14  cause confusion with respect to the source and origin of the Infringing Products and

15  is likely to cause confusion or mistake and to deceive purchasers as to the

16  affiliation, connection, approval, sponsorship, or association of Summit with

17  Defendant and/or its products.

18       30.    Defendant's acts constitute infringement of the TWILIGHT Marks in

19  violation of the common law, and the TWILIGHT mark and LUNA TWILIGHT

20  mark under 15 U.S.C. § 1114.

21       31.    As a direct and proximate result of Defendant's wrongful acts, Summit

22  has suffered and continues to suffer and/or is likely to suffer damage to its

23  trademark, business reputation, and goodwill.  Defendant will continue to use,

24  unless restrained, the TWILIGHT Marks or marks confusingly similar thereto and

25  will cause irreparable damage to Summit.  Summit has no adequate remedy at law

26  and is entitled to an injunction restraining Defendant, its officers, agents, and

27  employees, and all persons acting in concert with Defendant, from engaging in

28  further acts of infringement.

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Los Angeles

32.    Summit is further entitled to recover from Defendant the actual damages that it sustained and/or is likely to sustain as a result of Defendant's wrongful acts.

33.    Summit is further entitled to recover from Defendant the gains, profits, and advantages that Defendant has obtained as a result of its wrongful acts.

34.    Because of the willful nature of Defendant's wrongful acts, Summit is entitled to an award of punitive damages under the common law, and treble damages and increased profits under 15 U.S.C. § 1117.

## THIRD CAUSE OF ACTION

### (Dilution--15 U.S.C.§ 1125(c); Cal. Bus. & Prof. Code § 14330)

35.    Summit repeats and realleges each and every allegation of paragraphs 1 through 34, above, as though fully set forth herein.

36.    Summit has used the TWILIGHT Marks to identify its products relating to the Twilight Motion Pictures before Defendant began promoting and selling the Infringing Products or otherwise using the TWILIGHT WOODS or TWILIGHT CRUSH marks.  The TWILIGHT Marks are inherently distinctive and have acquired distinction through Summit's extensive, continuous, and exclusive use of the TWILIGHT mark.

37.    The TWILIGHT Marks are famous and distinctive within the meaning of 15 U.S.C. §§ 1125(c)(1) and 1127 and Cal. Bus. & Prof. Code § 14330.

38.    Defendant's use of the TWILIGHT WOODS and TWILIGHT CRUSH marks are likely to dilute the distinctive quality of Summit's TWILIGHT Marks in violation of  15 U.S.C. § 1125(c) and Cal. Bus. & Prof. Code § 14330.

39.    Defendant's acts complained of herein are likely to damage Summit irreparably.  Summit has no adequate remedy at law for such wrongs and injuries. The damage to Summit includes harm to its trademarks, goodwill, and reputation that money cannot compensate.  Summit is, therefore, entitled to a preliminary and permanent injunction enjoining Defendant's use of the TWILIGHT Marks,

TWILIGHT WOODS mark, TWILIGHT CRUSH mark, or any marks confusingly similar thereto or dilutive thereof in connection with the promotion, advertisement and sale of any goods by Defendant.

40.    Summit is further entitled to recover from Defendant its actual damages sustained by Summit as a result of Defendant's wrongful acts.  Summit is presently unable to ascertain the full extent of the monetary damages it has suffered by reason of Defendant's acts of dilution.

41.    Summit is further entitled to recover from Defendant the gains, profits, and advantages Defendant has obtained as a result of its wrongful acts.  Summit is presently unable to ascertain the extent of the gains, profits and advantages Defendant has realized by reason of Defendant's willful acts of dilution.

42.    Because of the willful nature of Defendant's actions, Summit is entitled to all remedies available under 15 U.S.C. §§ 1117 and 1118.

## **FOURTH CAUSE OF ACTION**

### **(Trade Dress Infringement – 15 U.S.C. § 1125(a))**

43.    Summit repeats and realleges each and every allegation of paragraphs 1 through 42, above, as though fully set forth herein.

44.    Defendant's actions as alleged herein constitute a false designation of origin, affiliation or sponsorship in violation of 15 U.S.C. § 1125(a).

45.    Defendant created a false designation of origin by using in commerce, without Summit's permission, a trade dress confusingly similar to Summit's Trade Dress in connection with the Infringing Products.  Defendant did so with intent to trade upon Summit's reputation and goodwill by causing confusion and mistake among consumers and the public, and to deceive the public into believing that the Infringing Products are associated, affiliated or connected with or approved or sponsored by Summit.

46.    As a direct and proximate result of Defendant's wrongful acts, Summit has suffered and continues to suffer and/or is likely to suffer damage to its

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

10

trademarks, business reputation, and goodwill.  Defendant will continue to use, unless restrained, the Summit Trade Dress or other trade dress confusingly similar thereto and will cause irreparable damage to Summit.  Summit has no adequate remedy at law and is entitled to an injunction restraining Defendant, its officers, agents, and employees, and all persons acting in concert with Defendant, from engaging in further acts of false designation of origin, affiliation or sponsorship.

47.    Summit is further entitled to recover from Defendant the actual damages that it sustained and/or is likely to sustain as a result of Defendant's wrongful acts.  Summit is presently unable to ascertain the full extent of the monetary damages that it has suffered and/or is likely to sustain by reason of Defendant's acts of false designation of origin, affiliation or sponsorship.

48.    Summit is further entitled to recover from Defendant the gains, profits, and advantages that Defendant has obtained as a result of its wrongful acts. Summit is presently unable to ascertain the extent of the gains, profits, and advantages that Defendant has realized by reason of its acts of false designation of origin, affiliation or sponsorship.

49.    Because of the willful nature of Defendant's wrongful acts, Summit is entitled to an award of treble damages and increased profits pursuant to 15 U.S.C. § 1117 and destruction of the Infringing Products under 15 U.S.C. § 1118.

50.    Summit is also entitled to recover its attorneys' fees and costs of suit pursuant to 15 U.S.C. § 1117.

## FIFTH CAUSE OF ACTION

### (Petition for Cancellation of Trademark Registration)

51.    Summit repeats and realleges each and every allegation of paragraphs 1 through 50, above, as though fully set forth herein.

52.    This is a claim for cancellation of U.S. Registration No. 3,926,288 of TWILIGHT CRUSH and bar of registration of Serial No. 77/711,734 of TWILIGHT WOODS under 15 U.S.C. §§ 1051 *et seq*.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

53.     On April 17, 2009, Defendant filed an application for the mark
TWILIGHT CRUSH for "eye liner; eye make-up; eye pencils; eye shadows; lip
balm; lip cream; lip gloss; lip gloss palatte; lip liner; lip polisher; lipstick holders;
lipsticks; nail care preparations; nail enamel; nail polish; non-medicated lip care
preparations; non-medicated lip protectors" pursuant to Section 1(b) of the
Trademark Act based on intent-to-use the alleged mark in connection with the
above goods in Class 3 ("the TWILIGHT CRUSH Registration").  In its statement
of use filed with the PTO on November 24, 2010, Defendant alleged use in
commerce of "eye liner; eye make-up; eye pencils; eye shadows."  The TWILIGHT
CRUSH Registration was thereafter registered on March 1, 2011.

54.     On April 10, 2009, Defendant filed an application to register
TWILIGHT WOODS for personal care products, namely, 3-in-1 hair conditioners,
3-in-1 hair shampoos, after sun creams, after-shave, after-shave balms, after-shave
creams, after-shave emulsions, after-shave gel, after-shave lotions, after-sun gels,
after-sun lotions, after-sun oils, age retardant gel, age retardant lotion, age spot
reducing creams, anti-aging cream, anti-freckle creams, anti-perspirants, anti-
wrinkle creams, antibacterial skin soaps, antiperspirants for personal use,
aromatherapy creams, aromatherapy lotions, aromatherapy oils, astringents for
cosmetic purposes, bath beads, bath crystals, bath foams, bath gels, bath lotion, bath
milks, bath oils for cosmetic purposes, bath pearls, bath powder, bath salts, bath
soaps in liquid, solid or gel form, bathing lotions, bay rums, beauty creams for body
care, beauty gels, beauty lotions, beauty masks, beauty milks, beauty serums, blush,
blush pencils, body and beauty care cosmetics, body cream soap, body creams,
body emulsions, body glitter, body lotions, body mask cream, body mask lotion,
body mask powder, body masks, body milks, body oils, body powder, body scrub,
body spray used as a personal deodorant and as fragrance, body sprays, namely
water in atomized containers used to produce a cooling effect, body washes, bubble
bath, cleansing creams, cold creams, cologne, cologne water, compacts containing

1  make-up, concealers for face and body, cosmetic creams, cosmetic creams for skin
2  care, cosmetic facial blotting papers, cosmetic milks, cosmetic oils, cosmetic pads,
3  cosmetic pencils, cosmetic preparations against sunburn, cosmetic preparations for
4  body care, cosmetic preparations for eye lashes, cosmetic preparations for skin
5  renewal, cosmetic products in the form of aerosols for skin care, cosmetic rouges,
6  cosmetic soaps. cosmetic sun-protecting preparations, cosmetic sun-tanning
7  preparations, cosmetic suntan lotions, cosmetics, cosmetics namely, compacts,
8  cosmetics, namely lip primer, cosmetics, namely, lip repairers, cream soaps, creams
9  for cellulite reduction, creamy face powder, creamy foundation, creamy rouges,
10 cuticle conditioners, cuticle cream, cuticle removing preparations, deodorant for
11 personal use, deodorant soap, deodorants and antiperspirants, deodorants for body
12 care, depilatories, depilatory creams, dusting powder, eau de parfum, eau de
13 toilette, emery boards, essential oils for personal use, exfoliant creams, exfoliants
14 for skin, eye compresses for cosmetic purposes, eye cream, eye gels, eye liner, eye
15 lotions, eye make-up, eye make-up remover, eye pencils, eye shadows, eyebrow
16 colors, eyebrow pencils, eyeliner, eyeshadows, face and body beauty creams, face
17 and body creams, face and body glitter, face and body lotions, face and body milk,
18 face creams, face creams for cosmetic use, face glitter, face milk and lotions, face
19 powder, facial beauty masks, facial cleansers, facial cleansing milk, facial
20 concealer, facial creams, facial emulsions, facial lotion, facial make-up, facial
21 masks, facial scrubs, facial washes, foam bath, foams containing cosmetics and
22 sunscreens, foot deodorant spray, non-medicated foot lotion, foot powder,
23 foundation, fragrance emitting wicks for room fragrance, fragrances for
24 automobiles, fragrances for personal use, gel eye masks, hair care creams, hair care
25 kits comprising non-medicated hair care preparations, namely, shampoo,
26 conditioner, hairstyling preparations, hair care lotions, hair care preparations, hair
27 cleaning preparations, hair conditioners, hair creams, hair gels, hair lotions hair
28 pomades, hair removing cream, hair shampoo, hair spray, hair styling preparations,

1    hair tonics, hand cleaners, hand cleaning preparations. hand creams, hand lotions,

2    hand soaps, hand wash, incense, lip balm, lip cream, lip gloss, lip gloss palatte, lip

3    liner, lip polisher, lipstick, lipstick holders, lipsticks, liquid bath soaps, liquid

4    perfumes, liquid soap, liquid soaps for hands, face and body, loose face powder,

5    lotions for cellulite reduction, lotions for face and body care, lotions for

6    strengthening the nails, lotions for face and body, make up removing preparations,

7    make-up for the face and body, make-up kits comprised of lipstick, lip gloss, blush

8    and eye shadow, make-up pencils, make-up powder, make-up remover, make-up

9    removing lotions, make-up removing milk, gel, lotions and creams, mascaras,

10   massage oils, medicated soaps, mineral salt in the nature of bath salts not for

11   medical purposes, moisturizing creams, moisturizing milks, mousse for hair,

12   mouthwashes, nail buffing preparations, nail care preparations, nail care

13   preparations, namely, nail softeners, nail cream, nail enamel, nail polish, nail polish

14   removers, night cream, non-medicated acne treatment preparations, non-medicated

15   bath preparations, non-medicated body soaks, non-medicated foot cream, non-

16   medicated lip care preparations, non-medicated lip protector, non-medicated mouth

17   wash and rinse, non-medicated ointments for the prevention and treatment of

18   sunburn, non-medicated scalp treatment cream, non-medicated skin care

19   preparations, non-medicated skin creams, non-medicated stimulating lotions for the

20   skin, non-medicated sun care preparations, paraffin wax for cosmetic purposes,

21   patches containing sun screen and sun block for use on the skin, pencils for

22   cosmetic purposes, perfume, perfume oils, perfumed creams, perfumed powders,

23   perfumed soaps, perfuming sachets, personal deodorants, potpourri, pre-moistened

24   cosmetic towelettes, pre-shave creams pressed face powder. room fragrance refills

25   for non-electric room fragrance dispensers, room fragrances, rouges, SPF sunblock

26   towelettes, sachet-like eye pillows containing fragrances, sachets scented body

27   spray, scented ceramic stones, scented linen sprays, scented oils used to produce

28   aromas when heated, scented room sprays, sculpting gel, self-tanning preparations,

shampoo-conditioners, shampoos, shaving balm, shaving creams, shaving foams, shaving gels, shaving lotions, shaving mousse, shaving preparations, shaving soap, shower and bath foam, shower and bath gel, shower creams, shower gels, skin bronzer, skin bronzing creams, skin care preparation, namely, body polish, skin care preparations, namely chemical peels for skin, skin care products, namely, non-medicated skin serum, skin clarifiers, skin cleansers, skin cleansing cream, skin cleansing lotion, skin conditioners, skin creams, skin creams in liquid and solid form, skin emollients, skin firming lotion, skin gels for accelerating, enhancing or extending tans, skin lightening creams, skin lotions, skin masks, skin moisturizer, skin moisturizer masks, skin soap, skin toners, soaps for body care, soaps for personal use, styling gels, styling lotions, styling mousse, sun block, sun block preparations, sun care lotions, sun creams, sun screen, sun screen preparations, sun tan lotion, sun tan oil, sun-block lotions, sunscreen creams , suntanning preparations, tanning creams, tooth paste, topical skin sprays for cosmetic purposes, vanishing cream, wax for removing body hair, wrinkle removing skin care preparations, wrinkle resistant cream, in Class 3, which was assigned Serial No. 77/711,734.

55.    Summit believes it is being damaged by the continued registration of the TWILIGHT CRUSH Registration and will be damaged by the registration of TWILIGHT WOODS and hereby petitions to cancel and bar registration of the marks, respectively, for the reasons alleged herein.

56.    Summit has rights to the TWILIGHT Marks that are prior to Defendant's alleged rights in the TWILIGHT CRUSH mark and the TWILIGHT WOODS mark.  The TWILIGHT CRUSH mark and the TWILIGHT WOODS are confusingly similar to Summit's TWILIGHT Marks.

57.    Summit requests that the TWILIGHT CRUSH Registration be canceled, and the application to register TWILIGHT WOODS be barred.

/ / /

1

2

### SIXTH CAUSE OF ACTION

### (Statutory and Common Law Unfair Competition)

3    58.    Summit repeats and realleges each and every allegation of paragraphs 1

4    through 57, above, as though fully set forth herein.

5    59.    By reason of the foregoing, Defendant has been, and is, engaged in

6    "unlawful, unfair or fraudulent business practices" in violation of §§ 17200 *et seq.*

7    of the California Bus. & Prof. Code and acts of unfair competition in violation of

8    the common law.

9    60.    Defendant's acts complained of herein have damaged and will continue

10   to damage Summit irreparably.  Summit has no adequate remedy at law for these

11   wrongs and injuries.  The damage to Summit includes harm to its trademarks, trade

12   dress, goodwill, and reputation in the marketplace that money cannot compensate.

13   Summit is therefore entitled to:  (a) injunctive relief restraining and enjoining

14   Defendant and its agents, servants, employees, and attorneys, and all persons acting

15   thereunder, in concert with, or on their behalf, from using the TWILIGHT Marks,

16   any colorable imitation or variation thereof, or any mark, name, symbol, or logo

17   which is confusingly similar thereto, including TWILIGHT WOODS and

18   TWILIGHT CRUSH, in connection with the marketing or sale of any goods or

19   services by Defendants; (b) injunctive relief restraining and enjoining Defendants

20   and their agents, servants, employees, and attorneys, and all persons acting

21   thereunder, in concert with, or on their behalf, from using the Summit Trade Dress

22   or any other trade dress which is confusingly similar thereto, including the trade

23   dress used on certain of the Infringing Products, in connection with the marketing

24   or sale of any goods or services by Defendants; (c) Summit's actual damages

25   sustained as a result of Defendant's wrongful acts; (d) an accounting of Defendant's

26   profits from its sales of the Infringing Products and any other products bearing or

27   using the TWILIGHT WOODS mark, the TWILIGHT CRUSH mark, the

28   TWILIGHT Marks, any trademarks which are confusingly similar thereto, the

1  Summit Trade Dress, or any other trade dress which is confusingly similar thereto;

2  (e) the award of Defendant's unjust profits, as well as sums sufficient to

3  compensate Summit for all harm suffered as a result of Defendant's conduct; and

4  (f) punitive damages.

5                          **PRAYER FOR RELIEF**

6          WHEREFORE, Summit prays that this Court enter judgment against

7  Defendant as follows:

8          1.      Finding that Defendant has violated 15 U.S.C. § 1125(a) and the

9  common law, has infringed the TWILIGHT Marks under the common law and

10  infringed the TWILIGHT and LUNA TWILIGHT trademarks under 15 U.S.C. §

11  1114, has infringed the Summit Trade Dress, has violated 15 U.S.C. § 1125(c)(1)

12  and Cal. Bus. & Prof. Code § 14330, and has violated Cal. Bus. & Prof. Code §

13  17200 and the common law by engaging in unlawful, unfair, and fraudulent

14  business practices;

15          2.      Ordering that Defendant and its subsidiaries, officers, agents, servants,

16  directors, employees, servants, partners, representative, assigns, successors, related

17  companies, and attorneys and all persons in active concert or participation with

18  Defendant or with any of the foregoing be enjoined preliminarily during the

19  pendency of this action and permanently thereafter from:

20                          a.      Manufacturing, transporting, promoting, importing,

21  advertising, publicizing, distributing, offering for sale, or selling the Infringing

22  Products or any other goods bearing the TWILIGHT Marks or any other mark,

23  name, symbol, or logo, including TWILIGHT WOODS and TWILIGHT CRUSH,

24  which is likely to cause confusion or to cause mistake or to deceive persons into the

25  erroneous belief that any goods that Defendant caused to enter the stream of

26  commerce are sponsored, licensed, or endorsed by Summit, are authorized by

27  Summit, or are connected or affiliated in some way with Summit or the Twilight

28  Motion Pictures;

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1               b.      Manufacturing, transporting, promoting, importing,

advertising, publicizing, distributing, offering for sale, or selling the Infringing

Products or any other goods bearing the TWILIGHT Marks or any other mark,

name, symbol, or logo that is a copy or colorable imitation of, incorporates, or is

confusingly similar to the TWILIGHT Marks, including TWILIGHT WOODS and

TWILIGHT CRUSH;

               c.      Falsely implying Summit's endorsement of Defendant's

goods or engaging in any act or series of acts which, either alone or in combination,

constitutes unfair methods of competition with Summit and from otherwise

interfering with or injuring the TWILIGHT Marks or the Summit Trade Dress or

the goodwill associated therewith;

               d.      Engaging in any act which is likely to dilute the

distinctive quality of the TWILIGHT Marks and/or injures Summit's business

reputation;

               e.      Representing or implying that Defendant is in any way

sponsored by, affiliated with, or endorsed or licensed by Summit; or

               f.      Knowingly assisting, inducing, aiding, or abetting any

other person or business entity in engaging in or performing any of the activities

referred to in paragraphs 2(a) to (e) above.

      3.      Ordering that Summit is the exclusive owner of the TWILIGHT Marks

and that such marks are valid and protectable;

      4.      Ordering that Summit is the exclusive owner of the Summit Trade

Dress and that such trade dress is valid and protectable;

      5.      Ordering that Defendant be required to deliver to Summit for

destruction all Infringing Products, hangtags, and/or promotional artwork which

bear the TWILIGHT WOODS or TWILIGHT CRUSH marks or any other

trademarks, names, images logo, trade dress, or packaging that are confusingly or

substantially similar to the TWILIGHT Marks or the Summit Trade Dress;

1        6.     Granting an award of damages suffered by Summit according to proof

2    at the time of trial;

3        7.     Ordering that Defendant account to Summit for any and all profits

4    earned as a result of Defendant's acts of infringement in violation of Summit's

5    rights under the Lanham Act, Cal. Bus. & Prof. Code §§ 14330, 17200, *et seq.*, and

6    the common law;

7        8.     Granting an award of three times the amount of compensatory

8    damages and increased profits pursuant to 15 U.S.C. § 1117;

9        9.     Granting an award of punitive damages for the willful and wanton

10   nature of Defendant's aforesaid acts;

11       10.    For pre-judgment interest on any recovery by Summit;

12       11.    Granting an award of Summit's costs, expenses, and reasonable

13   attorney's fees; and

14       12.    Granting such other and further relief as is just and proper.

15                         Respectfully submitted,

16                         MANATT, PHELPS & PHILLIPS, LLP

17

18   Dated:  April 26, 2011          By: _____

19                            Jill M. Pietrini
                            Diana Iketani Iorlano

20                            Paul A. Bost
                            *Attorneys for Plaintiff*

21                            SUMMIT ENTERTAINMENT, LLC

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

## JURY DEMAND

2

Summit demands a trial by jury of all issues triable by jury.

3

Respectfully submitted,

4

MANATT, PHELPS & PHILLIPS, LLP

5

6

Dated:  April 26, 2011

By: _____

7

Jill M. Pietrini
Diana Iketani Iorlano

8

Paul A. Bost

9

*Attorneys for Plaintiff*
SUMMIT ENTERTAINMENT, LLC

10

11

300245137.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(EXHIBIT A)

# EXHIBIT A



# United States of America
## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,861,517**

**Registered Oct. 12, 2010**

**Int. Cl.: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET
SUITE 120
SANTA MONICA, CA 90404

FOR: ADHESIVE BANDAGES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 3-0-2009; IN COMMERCE 3-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-640,049, FILED 12-25-2008.

CYNTHIA TRIPI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,884,386**

**Registered Nov. 30, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: PRE-RECORDED DVDS AND OTHER AUDIOVISUAL RECORDINGS FEATURING MOTION PICTURES AND DOCUMENTARIES; MOTION PICTURE FILMS IN THE FIELDS OF DRAMA AND ROMANCE; AND MOUSEPADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-980,354, FILED 6-25-2008.

SKYE YOUNG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# TWILIGHT

**Reg. No. 3,884,385**

**Registered Nov. 30, 2010**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, STE. 120
SANTA MONICA, CA 90404

FOR: ALL PURPOSE CARRYING BAGS, BACK PACKS, BEACH BAGS, WALLETS, PURSES, BUSINESS CARD CASES, PET CLOTHING, LUGGAGE, AND MESSENGER BAGS , IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 9-1-2008; IN COMMERCE 9-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-980,353, FILED 6-26-2008.

SKYE YOUNG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# TWILIGHT

**Reg. No. 3,944,718**

**Registered Apr. 12, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

FOR: CLOTHING, NAMELY, T-SHIRTS, LOUNGEWEAR, SOCKS, PANTS, SWEATSHIRTS, SWEATPANTS, BANDANAS, SCARVES, APRONS, JACKETS, TANK TOPS, VESTS, NECKTIES, JERSEYS, SHIRTS, SWEATERS, BABYDOLL T-SHIRTS, INFANTWEAR, TRACK PANTS, AND HOODED SHIRTS; HEADWEAR; BELTS; AND WRIST CUFFS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-2008; IN COMMERCE 5-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-511,096, FILED 6-30-2008.

SKYE YOUNG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# TWILIGHT

**Reg. No. 3,867,985**

**Registered Oct. 26, 2010**

**Int. Cl.: 26**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

FOR: BELT BUCKLES NOT MADE OF PRECIOUS METAL; ORNAMENTAL CLOTH PATCHES; EMBROIDERED PATCHES FOR CLOTHING; AND ORNAMENTAL NOVELTY BUTTONS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-511,117, FILED 6-30-2008.

SKYE YOUNG, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

| Int. Cls.: 41 and 45 | |
|---|---|
| Prior U.S. Cls.: 100, 101 and 107 | Reg. No. 3,756,560 |
| United States Patent and Trademark Office | Registered Mar. 9, 2010 |
| Amended | OG Date Apr. 20, 2010 |

**SERVICE MARK
PRINCIPAL REGISTER**

# TWILIGHT

SUMMIT ENTERTAINMENT, LLC (DE-
LAWARE LIMITED LIABILITY COM-
PANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

THE MARK CONSISTS OF STAN-
DARD CHARACTERS WITHOUT CLAIM
TO ANY PARTICULAR FONT, STYLE,
SIZE, OR COLOR.

FOR: [ ENTERTAINMENT IN THE
NATURE OF ON-GOING DRAMATIC
TELEVISION PROGRAMS, ] PRODUC-
TION AND DISTRIBUTION OF MOTION
PICTURES, PROVIDING INFORMATION
RELATING TO MOTION PICTURES [,
TELEVISION PROGRAMS ] AND LIT-
ERARY WORKS, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).
FIRST USE 4-18-2008; IN COMMERCE
4-18-2008.

FOR: LICENSING OF MERCHANDISE
ASSOCIATED WITH MOTION PICTURES;
PROVIDING ONLINE INFORMATION
ON THE LICENSING OF MERCHANDISE
ASSOCIATED WITH MOTION PICTURES,
IN CLASS 45 (U.S. CLS. 100 AND 101).
FIRST USE 6-1-2008; IN COMMERCE
6-1-2008.
SER. NO. 77-511,175, FILED 6-30-2008.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Apr. 20, 2010.*

# United States of America

## United States Patent and Trademark Office



twilight

Reg. No. 3,817,079

Registered July 13, 2010

Int. Cl.: 45

SERVICE MARK

PRINCIPAL REGISTER

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES; PROVIDING ONLINE INFORMATION ON THE LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-1-2008; IN COMMERCE 6-1-2008.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SER. NO. 77-852,862, FILED 10-20-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

## LUNA TWILIGHT

**Reg. No. 3,929,237**

**Registered Mar. 8, 2011**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-1-2009; IN COMMERCE 8-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-746,864, FILED 5-28-2009.

DEBRA LEE, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

## LUNA TWILIGHT

**Reg. No. 3,929,237**

**Registered Mar. 8, 2011**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-1-2009; IN COMMERCE 8-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-746,864, FILED 5-28-2009.

DEBRA LEE, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# LUNA TWILIGHT

**Reg. No. 3,929,237**
**Registered Mar. 8, 2011**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: COSMETICS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 8-1-2009; IN COMMERCE 8-1-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-746,864, FILED 5-28-2009.

DEBRA LEE, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# TWILIGHT TRACKER

**Reg. No. 3,793,131**

**Registered May 25, 2010**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: DOWNLOADABLE SOFTWARE THAT PROVIDES ACCESS TO MOVIE CONTENT AND TO PHOTOGRAPHS, NEWS AND INFORMATION REGARDING MOVIES, MOVIE TICKETS, SHOWTIMES AND MERCHANDISE, AND ALLOWS USERS TO SELECT AVATARS AND INTERACT WITH OTHER USERS, TO INTEGRATE WITH ONLINE SOCIAL NETWORKS, AND TO COMMUNICATE WITH OTHERS VIA A MESSAGE BOARD, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-17-2009; IN COMMERCE 9-17-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-874,255, FILED 11-17-2009.

SALLY SHIH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

(EXHIBIT B)

# EXHIBIT B







Made in USA. Fabriqué aux Etats-Unis. Dist. by Imastar Corp. W. Hollywood CA 90069. 9400 Ninove, BELGIUM
www.twilightbeauty.com
TM & © 2010 IMASTAR, CORP. ALL RIGHTS RESERVED.
24 M
luna
twilight
PR.04/10
TEAM EDWARD COLOR PALETTE
color palette | palette de maquillage
0.02 oz 0.72g lip gloss ℮
0.03 oz 0.95g eye shadow
TM EE © 2010 SUMMIT ENTERTAINMENT, LLC. ALL RIGHTS RESERVED.
TEAM EDWARD COLOR PALETTE · palette de maquillage
Who's team are you on? This other-worldly palette of cool eyeshadows and lip gloss reflect the mind reading, devastatingly beautiful presence of our favorite vampire, Edward Cullen. Team Edward! Cette superbe palette, qui regroupe une harmonieuse collection de produits pour les lèvres, les joues et les yeux, célèbre la beauté farouche de Edward.
Directions: Lip and eye colors can be worn separately or layered for more dimension. Mode d'emploi : Saupoudrer légèrement le fard sur les joues. Les produits pour les lèvres et les yeux peuvent être portés un à la fois ou en plusieurs couches pour donner plus de profondeur.
BLUSH INGREDIENTS/INGRÉDIENTS: Talc, Ethylhexyl Palmitate, Zinc Stearate, Caprylyl Glycol, Hydrogenated Lecithin. May Contain/Peut Contenir (+/-): Bismuth Oxychloride (CI 77163), Mica (CI 77019), Titanium Dioxide (CI 77891) Iron Oxides (CI 77491, CI 77492, CI 77499), Yellow 5 (CI 19140), Tin Oxide (CI 77861) Manganese Violet (CI 77742), Carmine (CI 75470), Red 6 (CI 15850), Red 7 (CI 15850), Red 27 (CI 45410). EYE SHADOW INGREDIENTS/INGRÉDIENTS: Talc, Ethylhexyl Palmitate, Zinc Stearate, Caprylyl Glycol, Calcium Sodium Borosilicate, Bismuth Oxychloride (CI 77163), Hydrogenated Lecithin. May Contain/Peut Contenir (+/-): Mica (CI 77019), Titanium Dioxide (CI 77891), Iron Oxides (CI 77491, CI 77492, CI 77499) Yellow 5 (CI 19140), Tin Oxide (CI 77861) Manganese Violet (CI 77742), Carmine (CI 75470), Ultramarines (CI 77007), Chromium Hydroxide Green (CI 77289), Ferric Ferrocyanide (CI 77510), Aluminum Powder (CI 77000). LIP GLOSS INGREDIENTS/INGRÉDIENTS: Mineral Oil (Paraffinum Liquidum), Polybutene, Paraffin, Ozokerite, Caprylyl Glycol, Fragrance (Parfum), Calcium Sodium Borosilicate, Hydrogenated Polyisobutene. May Contain/Peut Contenir (+/-): Mica (CI 77019), Titanium Dioxide (CI 77891), Iron Oxides (CI 77491, CI 77492, CI 77499), Red 6 (CI 15850) Red 7 (CI 15850) Red 27 (CI 45410), Tin Oxide (CI 77861), Manganese Violet (CI 77742), Carmine (CI 75470) Yellow 5 (CI 19140), Red 28 (CI 45410).
814070010285

TM & © 2010 IMASTAR, CORP. ALL RIGHTS RESERVED.
Made in USA. Fabriqué aux Etats-Unis.
www.twilightbeauty.com
Dist. by Imastar Corp. W. Hollywood CA 90069. 9400 Ninove, BELGIUM
24 M
luna
twilight
PR. 04/10
TEAM JACOB COLOR PALETTE
color palette | palette de maquillage
0.02 oz 0.72g lip gloss ℮
0.03 oz 0.95g eye shadow
TM EE © 2010 SUMMIT ENTERTAINMENT, LLC. ALL RIGHTS RESERVED.
814070010285
TEAM JACOB COLOR PALETTE · palette de maquillage
Who's team are you on? This sizzling palette of warm eye shadows and lip gloss reflect the impulsive, strong-willed nature of our favorite werewolf, Jacob Black. Team Jacob! Cette superbe palette, qui regroupe une harmonieuse collection de produits pour les lèvres, les joues et les yeux, célèbre la beauté farouche de Jacob.
Directions: Lip and eye colors can be worn separately or layered for more dimension. Mode d'emploi : Saupoudrer légèrement le fard sur les joues. Les produits pour les lèvres et les yeux peuvent être portés un à la fois ou en plusieurs couches pour donner plus de profondeur.
BLUSH INGREDIENTS/INGRÉDIENTS: Talc, Ethylhexyl Palmitate, Zinc Stearate, Caprylyl Glycol, Hydrogenated Lecithin. May Contain/Peut Contenir (+/-): Bismuth Oxychloride (CI 77163), Mica (CI 77019), Titanium Dioxide (CI 77891), Iron Oxides (CI 77491, CI 77492, CI 77499), Yellow 5 (CI 19140), Tin Oxide (CI 77861), Manganese Violet (CI 77742), Carmine (CI 75470), Red 6 (CI 15850), Red 7 (CI 15850), Red 27 (CI 45410). EYE SHADOW INGREDIENTS/INGRÉDIENTS: Talc, Ethylhexyl Palmitate, Zinc Stearate, Caprylyl Glycol, Calcium Sodium Borosilicate, Bismuth Oxychloride (CI 77163), Hydrogenated Lecithin. May Contain/Peut Contenir (+/-): Mica (CI 77019), Titanium Dioxide (CI 77891), Iron Oxides (CI 77491, CI 77492, CI 77499), Yellow 5 (CI 19140), Tin Oxide (CI 77861), Manganese Violet (CI 77742), Carmine (CI 75470), Ultramarines (CI 77007), Chromium Hydroxide Green (CI 77289), Ferric Ferrocyanide (CI 77510), Aluminum Powder (CI 77000). LIP GLOSS INGREDIENTS/INGRÉDIENTS: Mineral Oil (Paraffinum Liquidum), Polybutene, Paraffin, Ozokerite, Caprylyl Glycol, Fragrance (Parfum), Calcium Sodium Borosilicate, Hydrogenated Polyisobutene. May Contain/Peut Contenir (+/-): Mica (CI 77019), Titanium Dioxide (CI 77891), Iron Oxides (CI 77491, CI 77492, CI 77499), Red 6 (CI 15850), Red 7 (CI 15850), Red 27 (CI 45410), Tin Oxide (CI 77861), Manganese Violet (CI 77742), Carmine (CI 75470), Yellow 5 (CI 19140), Red 28 (CI 45410).

(EXHIBIT C)

# EXHIBIT C


manatt | phelps | phillips

**Paul Bost**
Manatt, Phelps & Phillips, LLP
Direct Dial: (310) 312-4351
E-mail: PBost@manatt.com

November 1, 2010

Client-Matter: 11186-033-234

**VIA FEDERAL EXPRESS**

Camille McDonald
President of Merchandising and Brand Management
BATH & BODY WORKS, INC.
7 Limited Parkway East
Reynoldsburg, OH 43068

503 Broadway, Fifth Floor
New York, NY 10012

> Re:   **Infringement of Intellectual Property Derived from the Twilight Motion Pictures**

Dear Ms. McDonald:

   We are writing to demand that Bath & Body Works, Inc. and Bath & Body Works Brand Management, Inc. (collectively, "BBW") immediately cease and desist from manufacturing, marketing, and selling cosmetics and other goods infringing intellectual property owned by Summit Entertainment, LLC ("Summit") and derived from the motion pictures *Twilight*, *The Twilight Saga:  New Moon* ("*New Moon*"), and *The Twilight Saga: Eclipse* ("*Eclipse*") (collectively, "the Twilight Motion Pictures").

   We are counsel for Summit, the entity responsible for producing and distributing the Twilight Motion Pictures and owner of many trademarks and copyrights related to and derived from the Twilight Motion Pictures, including the TWILIGHT trademark for use with a variety of goods, including cosmetics and personal care products.  Summit owns three federal registrations of the TWILIGHT mark (copies of which are attached as **Exhibit A**) and has many pending applications to register the mark, both in standard characters and in its distinctive font.  Summit expressly licenses the use of this intellectual property, including use of the TWILIGHT mark, for the manufacture, marketing, and sale of cosmetics, candles, and personal care products.

   It has come to Summit's attention that BBW is manufacturing, marketing, and selling a wide variety of products, including cosmetics, personal care products, and



**manatt**
manatt | phelps | phillips

Camille McDonald
November 1, 2010
Page 2

candles, under the TWILIGHT WOODS mark ("the Infringing Products"), and has
recently expanded the Infringing Products to include a line of men's TWILIGHT
WOODS personal care products. A printout from BBW's website advertising and selling
the Infringing Products is attached as **Exhibit B** for your reference. Photographs of a few
of the Infringing Products as displayed in one of BBW's brick and mortar stores are
attached as **Exhibit C**.

    BBW has also filed applications with the United States Patent & Trademark Office
("PTO") to register the marks TWILIGHT WOODS and TWILIGHT CRUSH in Class 3.
Summit began using the TWILIGHT mark for goods in Class 3 prior to BBW's first use
of the TWILIGHT WOODS mark. Summit is of information and belief that BBW has
not yet made any use in commerce of the TWILIGHT CRUSH mark. In short, Summit's
use of the TWILIGHT mark is prior to BBW's use of the TWILIGHT WOODS and
TWILIGHT CRUSH marks, and the marks all share the same dominant word component:
TWILIGHT. As such, BBW's use and registration of the TWILIGHT WOODS and
TWILIGHT CRUSH mark is likely to cause consumers to believe that Summit has
approved, licensed, or authorized the use of its intellectual property, when in fact it has
not done so.

    The likelihood of confusion between Summit's and BBW's marks is not remedied
by BBW's use of the terms WOODS or CRUSH, respectively. The PTO agrees with this
position as it cited Summit's prior application for TWILIGHT as a bar to registration of
both of BBW's applications, and has suspended BBW's TWILIGHT WOODS
application pending the disposition of Summit's prior application. In fact, both terms –
WOODS and CRUSH – allude to aspects of the Twilight Motion Pictures, namely, the
locale of many of the scenes in the Twilight Motion Pictures and the young, romantic
love that is a central theme of the Motion Pictures. Further drawing the association with
Summit and the Twilight Motion Pictures is BBW's use of Summit's trade dress on the
Infringing Products. See photograph of Summit's LUNA TWILIGHT products attached
hereto as **Exhibit D**. Adding to the confusion, BBW sells both licensed cosmetic
products of Summit, namely, TWILIGHT VENOM lip gloss, and unlicensed TWILIGHT
WOODS products. Not surprisingly, Summit has learned that BBW's use of the
TWILIGHT WOODS mark has resulted in actual consumer confusion, namely,
consumers associating the goods sold under the TWILIGHT WOODS mark with the
TWILIGHT mark, the Twilight Motion Pictures, and Summit. Documents reflecting said
actual confusion are attached hereto as **Exhibit E**. In addition, a significant number of
salespersons at BBW stores have informed Summit's cosmetic licensee that they believed



manatt | phelps | phillips

Camille McDonald
November 1, 2010
Page 3

that the Infringing Products were licensed by Summit or the maker of the Twilight
Motion Pictures.

BBW's use of marks confusingly similar to the TWILIGHT trademark without
prior authorization constitutes trademark infringement, dilution, unfair competition, and
false designation of origin. Furthermore, given the widespread popularity of the Twilight
Motion Pictures, BBW's infringement is likely willful. As such, the remedies available
to Summit for these unlawful acts include a nationwide injunction against the use of any
intellectual property identical or confusingly similar to that owned by Summit, Summit's
actual damages, BBW's profits, treble damages and increased profits, attorneys' fees, and
the turnover of all of the Infringing Product to Summit for destruction. The above is not
intended to be a complete listing of Summit's rights and remedies, and Summit reserves
the right to assert other claims not stated herein.

Notwithstanding these available remedies, Summit requests that BBW agree in
writing to immediately: (1) stop all manufacturing, marketing, and selling of the
Infringing Products; (2) agree not to use the TWILIGHT trademark or any other marks,
logos, designs, or the like confusingly similar thereto, or use any other content derived
from the Twilight Motion Pictures, including the names of characters and locales; (3)
stop all use of the trade dress that is confusingly similar to Summit's trade dress and
agree not to use such trade dress or anything confusingly similar thereto in the future;
(4) recall the Infringing Products and promotional material from BBW's retail stores,
warehouses, and the like, if any, and deliver all inventory and promotional material to us;
(5) permanently remove the Infringing Products from BBW's website and any other third
party websites on which the Infringing Products are advertised and/or sold; and (6)
provide us with an accounting of the sales made to date of the Infringing Products. The
accounting must include: (a) the total revenue/sales from the manufacture, sale, and
distribution of the Infringing Products, (b) the number of units made of each Infringing
Products, (c) the total number of the Infringing Products sold, and (d) the number of the
Infringing Products remaining in inventory. You may indicate your consent to these
requests by signing the original of this letter and returning it to me. A copy of this letter
is enclosed for your records.

If we do not receive a signed copy of this letter by **November 10, 2010**, we will
advise Summit to seek all remedies available to it for your unlawful acts. We look
forward to your prompt response.



manatt | phelps | phillips

Camille McDonald
November 1, 2010
Page 4

Nothing contained in this letter, nor any act or omission to act by Summit is intended or should be deemed to be a waiver, abridgment, alteration, modification or reduction of any rights, claims, defenses or remedies that Summit may have in regard to this matter and all such rights, claims, defenses and remedies, whether at law or in equity, are hereby expressly reserved.

Sincerely,

Paul Bost
Manatt, Phelps & Phillips, LLP

PB:PB
Enclosures

cc:    David C. Friedman, Esq.
       Mona Metwalli, Esq.
       Jill M. Pietrini, Esq.

**AGREED AND ACCEPTED:**

BATH & BODY WORKS, INC.

By: _____          Date: _____
       Camille McDonald
       President of Merchandising and Brand Development

300161802.1

# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# twilight

**Reg. No. 3,817,079**

**Registered July 13, 2010**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET, SUITE 120
SANTA MONICA, CA 90404

FOR: LICENSING OF MERCHANDISE ASSOCIATED WITH MOTION PICTURES; PROVIDING ONLINE INFORMATION ON THE LICENSING OF MERCHANDISE ASSOCI-ATED WITH MOTION PICTURES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-1-2008; IN COMMERCE 6-1-2008.

THE MARK CONSISTS OF THE WORD "TWILIGHT" IN A STYLIZED FONT.

SER. NO. 77-852,862, FILED 10-20-2009.

INGRID C. EULIN, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

Int. Cls.: 41 and 45

Prior U.S. Cls.: 100, 101 and 107

United States Patent and Trademark Office

Amended

Reg. No. 3,756,560

Registered Mar. 9, 2010

OG Date Apr. 20, 2010

### SERVICE MARK
### PRINCIPAL REGISTER

# TWILIGHT

SUMMIT ENTERTAINMENT, LLC (DE-
LAWARE LIMITED LIABILITY COM-
PANY)
SUITE 200, SOUTH TOWER
1601 CLOVERFIELD BOULEVARD
SANTA MONICA, CA 90404

THE MARK CONSISTS OF STAN-
DARD CHARACTERS WITHOUT CLAIM
TO ANY PARTICULAR FONT, STYLE,
SIZE, OR COLOR.

FOR: [ ENTERTAINMENT IN THE
NATURE OF ON-GOING DRAMATIC
TELEVISION PROGRAMS, ] PRODUC-

TION AND DISTRIBUTION OF MOTION
PICTURES, PROVIDING INFORMATION
RELATING TO MOTION PICTURES [,
TELEVISION PROGRAMS ] AND LIT-
ERARY WORKS, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).
FIRST USE 4-18-2008; IN COMMERCE
4-18-2008.

FOR: LICENSING OF MERCHANDISE
ASSOCIATED WITH MOTION PICTURES;
PROVIDING ONLINE INFORMATION
ON THE LICENSING OF MERCHANDISE
ASSOCIATED WITH MOTION PICTURES,
IN CLASS 45 (U.S. CLS. 100 AND 101).
FIRST USE 6-1-2008; IN COMMERCE
6-1-2008.
SER. NO. 77-511,175, FILED 6-30-2008.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Apr. 20, 2010.*

# United States of America

### United States Patent and Trademark Office

# TWILIGHT

**Reg. No. 3,861,517**
**Registered Oct. 12, 2010**
**Int. Cl.: 5**

**TRADEMARK**

**PRINCIPAL REGISTER**

SUMMIT ENTERTAINMENT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1630 STEWART STREET
SUITE 120
SANTA MONICA, CA 90404

FOR: ADHESIVE BANDAGES, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 3-0-2009; IN COMMERCE 3-0-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-640,049, FILED 12-25-2008.

CYNTHIA TRIPI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT B

Bath & Body Works: Body Care, Home Fragrance, Beauty, Great Gifts & more!          Page 1 of 1

2 FOR $30 – 3 Wick Candles (save $9) ▶                                                     (0)





Face & Hair - Bath & Body Works



Bath & Body Works

Page 1 of 2

SIGNATURE COLLECTION BODY BUTTER $7 - New formula! (Was $8) ▶

(0)

Keyword/Item #

Home > Search: twilight woods

**Make a selection below to
filter your product results.**

SEARCH

**NARROW BY PRICE**
$10.00 and Under (18)
$10.01 - $20.00 (12)
$20.01 - $30.00 (3)
$30.01 - $40.00 (2)

34 RESULTS    1 2 3 >

**NARROW BY FRAGRANCE
OR COLOR**
Twilight Woods (23)
Twilight Woods(tm) (12)

**BRAND**
Anti-Bacterial (5)
Bath & Body Works(r)
Signature Collection (25)
Bath & Body Works(r)
Signature Collection for Men (4)
Slatkin & Co. (1)



Bath & Body Works®
Signature Collection
14.5 oz. Filled Candle
Twilight Woods
$19.50



Bath & Body Works®
Signature Collection
Wallflowers® Home
Fragrance Refills
Twilight Woods
$12.50
Now: $6.00



Bath & Body Works®
Signature Collection
Home Fragrance Oil
Twilight Woods
$7.50
$4 Home Fragrance Oils with the
purchase of a Scentbug**



Bath & Body Works®
Signature Collection
Concentrated Room
Spray
Twilight Woods
$5.00



Bath & Body Works®
Signature Collection
4 oz. Filled Candle
Twilight Woods
Now: $5.00



Bath & Body Works®
Signature Collection
Fragrance Mist
Twilight Woods™
$12.00
Buy 3 Get 2 or Buy 2 Get 1
FREE (must add all to bag)**



Bath & Body Works®
Signature Collection
Bubble Bath
Twilight Woods™
$12.00
Buy 3 Get 2 or Buy 2 Get 1
FREE (must add all to bag)**



Bath & Body Works®
Signature Collection
Eau de Toilette
Twilight Woods™
$20.50
Buy 3 Get 2 or Buy 2 Get 1
FREE (must add all to bag)**



Bath & Body Works®
Signature Collection
Triple Moisture Shower
Cream
Twilight Woods™
$12.00
Buy 3 Get 2 or Buy 2 Get 1
FREE (must add all to bag)**



Bath & Body Works®
Signature Collection
Body Lotion
Twilight Woods™
$10.50
Buy 3 Get 2 or Buy 2 Get 1
FREE (must add all to bag)**



Bath & Body Works®
Signature Collection
Shower Gel
Twilight Woods™
$10.50
Buy 3 Get 2 or Buy 2 Get 1
FREE (must add all to bag)**



Bath & Body Works®
Signature Collection
Celebration
Twilight Woods™
$10.00



Bath & Body Works®
Signature Collection for
Men
Cologne
Twilight Woods
$29.50
Buy 3 Get 2 or Buy 2 Get 1
FREE (must add all to bag)**



Bath & Body Works®
Signature Collection
Travel Set - Exclusively
Online
Twilight Woods™
$10.00



Bath & Body Works®
Signature Collection
Large Signature Gift Set
Twilight Woods™
$38.50

1 2 3 >

# EXHIBIT C









# EXHIBIT D







# EXHIBIT E

'Twilight' Inspired Product From Bath And Body Works Hits Shelves In November          Page 1 of 1



The Internet Movie Database

*Now Playing* *Movie/TV News* *My Movies* *DVD New Releases* *IMDbTV* *Message Boards* *Showtimes & Tickets* *IMDbPro* *IMDb Resume*

Login | Register

Home | Top Movies | Photos | Independent Film | Fall TV Preview | Browse | Help

search

All                                           more | tips

# 'Twilight' Inspired Product From Bath And Body Works Hits Shelves In November

14 September 2009 10:18 PM, PDT | twilightersanonymous.com | See recent TwilightersAnonymous news »

According to one of our awesome members Leslie who works at Bath and Body Works we can now expect a Twilight related fragrance to hit shelves in November just in time for the New Moon movie. Heres what Leslie had to say I currently am an employee of Bath and Body Works and I have news about an upcoming frangrance that was inspired by Twilight. It is called Twilight Woods. It is not available in stores until November 2 2009 but is currently available in a travel size for 1 at bathandbodyworks.com and will be available in a travel size in stores on Sept. 28. Hope the Twilight fans love it...its a great new fragrance! Check out the product listing below and see what you can expect from the fragranceOur Signature Body Lotion takes ultrapampering to the next level. Fortified with aloe vera grape seed extract and vitamins C and E it »

Report a problem                                                    See full article at twilightersanonymous.com »

http://www.imdb.com/news/ni0990725/                                        9/25/2009

Twilight movie meets Bath & Body Works                                    Page 1 of 1





## Twilight movie meets Bath & Body Works

**By Dallas Pop Culture Examiner**, Katie Howerton
September 17, 10:04 AM



The *Twilight* fandom is huge and everyone wants a piece of it. Bath & Body Works is no exception, they have released a few *Twilight* inspired items, knowing that many *Twilight* fans will run to their stores and website to

purchase the new goodies. Here are the descriptions of what is what is available through Bath & Body Works:

*Get bitten ... be transformed! DuWop, the brand that started the lip-plumping craze, has partnered with Stephanie Meyer's acclaimed " Twilight" saga to bring you this sexy stain. Shake before use (to represent the blending of the human and vampire worlds) and apply repeatedly until desired intensity of color has been reached.*
*-Shimmering crimson lip stain suspended in a lip conditioner*
*-Revitalizes lips with argan, avocado and olive oils as well as vitamin E*
*-Plumps lips*
*-For conditioning & lip plumping only, dip the brush in the top clear venom without shaking*

*-For a darker crimson look, dip the brush in the stain at the bottom of the vial without shaking .*

Now these next two items do not claim to be inspired by the *Twilight* movie, however, slapping the word twilight on it, put in the description of "*a romantic walk in enchanted*

Copyright © 2009 Clarity Digital Group LLC d/b/s Examiner.com. All Rights Reserved.

Advertisement



## We write it
## because we live it.

Become an Examiner
and share what you know.

Print Powered By [FormatDynamics]

Twilight movie meets Bath & Body Works



Write what you live.
Be an Examiner!

*this hypnotic fragrance, inspired by a romantic walk in enchanted woods.*
- *Highly fragranced candle exclusively developed and tested by our team of Home Fragrance experts, including the world's best master perfumers*
- *Made using the highest concentration of fragrance oils, an exclusive blend of vegetable wax and lead-free wicks for optimal performance*
- *Slatkin & Co. for Bath & Body Works*
- *Burns approximately 25 - 40 hours*
- *2 3/4" wide x 2 1/2" tall*

**Dallas Pop Culture Examiner**

Katie Howerton

To see more, visit us at examiner.com.

When watching a movie and reading a book is not enough, you know have the options to plump up your lips with some vampire inspired lip gloss, light a candle to remind you of that "meadow scene," or just lather on some lotion to carry the memories with you.

So will you be purchasing any of these items?

Copyright © 2009 Clarity Digital Group LLC d/b/a Examiner.com. All Rights reserved.

Advertisement



We write it
because we live it.

Become an Examiner
and share what you know.

Print Powered By **F** FormatDynamics

New Moon Movie: Bath & Body Works – Twilight Products | Facebook                    Page 1 of 1

☐ Remember Me          Forgot your password?

[Email]          [Password]          [Login]

[Sign Up]   **Facebook helps you connect and share with the people in your life.**

 **New Moon Movie: Bath & Body Works – Twilight Products**
New Moon Movie's Notes

**Bath & Body Works – Twilight Products**
Wednesday, September 16, 2009 at 5:42am

In this note
No one.

  

Bath&Body Works has 3 *Twilight* products available for order: DuWop *Twilight* Lip Venom, *Twilight Woods* Body Lotion, and *Twilight Woods* Candle.

Currently the *Twilight Woods* Body Lotion is on sale for only $1.00! You can order *any* one of the above products here!

[Thanks, Jasie!]

Updated about a week ago · View Original Post

Tina, Rani, Katie and 57 others like this.

View all 11 comments

 **Nancy Wolf** awesome stuff where can i buy some of these
September 16 at 3:07pm

 **Amanda Jones** YAY!!! I am sooooo buying the lip venom and the lotion if it smells good!
September 16 at 4:27pm

 **Shanette** Im a sucker too......
September 16 at 8:15pm

 **Christine Servin** im buying them! = )
September 16 at 8:50pm

 **Laura Kirby** They aren't out yet. The candle smells OK. Sort of like a cabbage patch doll - light and powdery. We don't have the lotion in yet to tell you what it smells like; or the lip gloss. But we will be having a table of it a the beginning of October
September 17 at 4:57am

Facebook © 2009   English (US)                    About  Advertising  Developers  Careers  Terms  Blog  Widgets  ▪  Find Friends  Privacy  Mobile  Help

Bath & Body Works – Twilight Products - Twifans                           Page 1 of 1

- All Blog Posts
- My Blog
- Add a Blog Post



# Bath & Body Works – Twilight Products

- Posted by laurexms on September 16, 2009 at 6:18am
- View laurexms's blog

thanks to: http://www.newmoonmovie.org/



Bath&Body Works has 3 Twilight products available for order: DuWop Twilight Lip Venom, Twilight Woods Body Lotion, and Twilight Woods Candle.

order them here

Share

My TwiLife: Twilight In The Woods By Bath & Body Works: What do you think that smell...   Page 1 of 1



Bath and Body Works Adds "Twilight Woods" Line | Cullen Boys Anonymous          Page 1 of 1



Bath and Body Works Adds "Twilight Woods" Line                                                    Sep 9
Posted by Joyce
Categories: Merchandise



Seems like everyone is jumping on the Twilight bandwagon lately. Bath and Body Works is coming out with a new fragrance line called "Twilight Woods". While not claiming to be related in any way to the Twilight books or movies, it is hard not to see a hint of similarity. Word is the Twilight Woods line is already in the back rooms waiting to go out on display right now and samples are available on B&BW's website.

Here's how the fragrence is being described:

> A hypnotic blend developed to instantly evoke the mystery and beauty of enchanted woods. When the sun has set and the evening begins, the unique enchantment of twilight woods is awakened through sights, sounds and scent. A new distinctly feminine fragrance, an alluring blend of bright flowers, surprising spices and creamy woods – layers upon layers of youthful luxury with an elegant touch of cashmere, captures the singular pleasure of a twilight stroll. Perfect for a cozy night in or magical night out, the intensely feminine fragrance wraps the wearer in a soothing warmth. Twilight Woods is the newest addition to Bath & Body Works' "Cuddler" collection, a set of scents designed to make you feel cozy, comforted and relaxed. Source

Leave a comment // No Comments

Bath & Body Works – Twilight Inspired Products — New Moon Movie

Page 1 of 1

ActingCareersNow.com/los-angeles/

**Casting - "Breaking Dawn"**
Casting ID# 52152, Grab a Twilight Role
Before Someone Else Does...
ExploreTalent.com/TwilightCasting

- Home
- Chat
- FAQ
- New Moon Soundtrack
- New Moon Trailer
- Release Date
- Wallpapers
- Store



# Bath & Body Works – Twilight Inspired Products

by LMCullen on September 16, 2009 · Comments

in Merchandise, Twilight



Bath&Body Works has 3 *Twilight* inspired products available for order: DuWop *Twilight* Lip Venom, *Twilight Woods* Body Lotion, and *Twilight Woods* Candle.

Currently the *Twilight Woods* Body Lotion is on sale for only $1.00! You can order any one of the above products here!

[Thanks, Jasie!]

Tagged as: Merchandise, Twilight

» Twilight Merchandise

Page 1 of 2

## Archive for the 'Twilight Merchandise' Category

« Previous Entries

## Another New Moon Calendar

I posted the cover of this a few weeks ago, and now I can confirm that there will be new pictures released with this calendar.



You can order it at BARNES AND NOBLE.

~Pixie

Published on September 18th, 2009  No Comments  Posted by Pixie

## Bath and Body Works' New Twilight Scents

According to newmoonmovie.org, Bath and Body Works will be hosting three new Twilight products: a body lotion and scented candle called 'Twilight Woods', and the Twilight Lip Venom by DuWop!

http://thepixieshollow.com/?cat=26

9/25/2009

» Twilight Merchandise

  

The Lip Venon is available exclusively online, and the lotion is available in a 2oz preview size for $1.00! Place your order HERE!

~Pixie

Published on September 16th, 2009  No Comments  Posted by Pixie



## Twilight Items at Bath and Body Works

**September 16th, 2009 · No Comments**

Bath and Body Works is now carrying the DuWop Twilight Venom. But in addition, they are debuting a new scent called "Twilight Woods" that is described as: "This hypnotic fragrance was inspired by a romantic walk in enchanted wood." While it doesn't appear that this is an "official" Twilight item, it does seem awfully similar to the Twilight Saga and was put on their site about the same time as the Lip Venom.

Today I saw that you can get a sample of the Twilight Woods lotion for only $1! You are limited to one per customer. They were also running a banner at the top of the page for $3 shipping.



There is also currently a candle in the "Twilight Woods" scent, and I have to think that there will be other merchandise following soon. You can find all of the Bath and Body Works Twilight items by clicking here.

'TWILIGHT' INSPIRED PRODUCT FROM BATH AND BODY WORKS HITS ...   Page 1 of 1





FANGORIA
MAGAZINE:
MOON' EXO
PICTURES...

### The Latest Articles

### 'TWILIGHT' INSPIRED PRODUCT FROM BATH AND BODY WORKS HITS SHELVES IN NOVEMBER

September 14th, 2009
by Team Switzerland

10 tweets
retweet

Download Twilight Toolbar
& Get a Free E-Mail Acct.

According to one of our awesome members, Leslie, who works at Bath and Body Works, we can now expect a Twilight related fragrance to hit shelves in November - just in time for the *New Moon* movie. Here's what Leslie had to say:

*"I currently am an employee of Bath and Body Works and I have news about an upcoming fragrance that was inspired by Twilight. It is called Twilight Woods. It is not available in stores until November 2, 2009, but is currently available in a travel size for $1 at bathandbodyworks.com and will be available in a travel size in stores on Sept. 28. Hope the Twilight fans love it...it's a great new fragrance!"* 😊

Check out the product listing below and see what you can expect from the fragrance:



Our Signature Body Lotion takes ultra-pampering to the next level. Fortified with aloe vera, grape seed extract and vitamins C and E, it glides on easily and evenly to condition and hydrate skin. This non-greasy, sheer formula absorbs quickly to leave skin soft, smooth and beautifully fragrant.
This hypnotic fragrance was inspired by a romantic walk in enchanted woods

You can now purchase the 2.0 oz. travel size fragrance online at Bath and Body Works for a special price of just $1. To do so, click here.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV11- 3570 RSWL (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUMMIT ENTERTAINMENT, LLC, a Delaware<br>limited liability company,<br><center>*Plaintiff*</center><br><center>v.</center><br>BATH & BODY WORKS BRAND MANAGEMENT,<br>INC., a Delaware corporation, and Does 1-10, inclusive<br><center>*Defendant*</center> | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br><br>**CV11  03570** RSWL  (JCx) |

<center>**SUMMONS IN A CIVIL ACTION**</center>

To: *(Defendant's name and address)*
> **BATH & BODY WORKS BRAND**
> **MANAGEMENT, INC., a Delaware corporation**
> **503 Broadway, Fifth Floor**
> **New York, NY 10012**
>      A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Jill M. Pietrini (SBN 138335)**
> **Diana Iorlano (SBN 193359)**
> **Paul Bost (SBN 261531)**
> **MANATT, PHELPS & PHILLIPS, LLC**
> **11355 West Olympic Boulevard**
> **Los Angeles, CA  90064**

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

<center>*CLERK OF COURT*</center>

Date: ___APR 2 6 2011_____                    **CHRISTOPHER POWERS**
                                        _____
                                          *Signature of Clerk or Deputy Clerk*

American LegalNet, Inc.<br>www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>SUMMIT ENTERTAINMENT, LLC, a Delaware limited<br>liability company | **DEFENDANTS**<br>BATH & BODY WORKS BRAND MANAGEMENT, INC., a<br>Delaware corporation, and Does 1-20, inclusive |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing<br>yourself, provide same.)<br>MANATT, PHELPS & PHILLIPS, LLP<br>Jill M. Pietrini (SBN 138335)   jpietrini@manatt.com<br>Diana Iketani Iorlano (SBN 193359)  diorlano@manatt.com<br>Paul Bost (SBN 261531)    pbost@manatt.com<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064-1614<br>Telephone: (310) 312-4000; Facsimile: (310) 312-4224 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place<br>of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place<br>of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
False Designation of Origin – 15 U.S.C. § 1125(a); Trademark Infringement – 15 U.S.C. § 114 and Common Law; Dilution – 15 U.S.C.§ 1125(c), Cal. Bus. & Prof. Code § 14330; Trade Dress Infringement – 15 U.S.C. § 1125(a); Petition for Cancellation; Statutory and Common Law Unfair Competition

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 462 Naturalization Application | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11 03570

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

| | | |
|---|---|---|
| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| **Summit Entertainment, LLC – Los Angeles County** | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | **Bath & Body Works Brand Management, Inc. – New York** |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| **All claims – Los Angeles County** | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _*(signature)*_     Date _____ **April 26, 2011**
Jill M. Pietrini

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

300245671.1

American LegalNet, Inc.
www.FormsWorkflow.com