NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

**MANATT, PHELPS & PHILLIPS, LLP**
Jill M. Pietrini (SBN 138335)
  jpietrini@manatt.com
Diana Iketani Iorlano (SBN 193359)
  diorlano@manatt.com
Paul Bost (SBN 261531 )
  pbost@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

ATTORNEYS FOR: Plaintiff SUMMIT ENTERTAINMENT, LLC

FILED
11 APR 26 PM 2: 16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff(s)<br><br>v.<br><br>BATH & BODY WORKS BRAND MANAGEMENT, INC., a Delaware corporation, and Does 1-20, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>**CV11 03570 RSWL (JCx)**<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Plaintiff SUMMIT ENTERTAINMENT, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

|  PARTY  |  CONNECTION  |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Summit Entertainment, LLC | Plaintiff |
| Twilight Productions, LLC | Subsidiary of Plaintiff |
| Summit Distribution, LLC | Subsidiary of Plaintiff |
| Summit Productions, LLC | Subsidiary of Plaintiff |
| Full Moon Productions, LLC | Subsidiary of Plaintiff |
| Bath & Body Works Brand Management, Inc. | Defendant |
| Intimate Brands, Inc. | Parent Company of Defendant |

MANATT, PHELPS & PHILLIPS, LLP

Date   April 25, 2011

Sign: Jill M. Pietrini
Plaintiff SUMMIT ENTERTAINMENT, LLC
Attorney of record for or party appearing in pro per

300245665.1

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

American LegalNet, Inc.
www.USCourtForms.com