FILED
CLERK, U.S. DISTRICT COURT

MAY 17 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,

                          Plaintiff(s)

           v.

BATH & BODY WORKS BRAND MANAGEMENT, INC., a Delaware corporation, and Does 1-10, inclusive,

                          Defendant(s).

CASE NUMBER

CV11 03570 RSWL

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of _____ Courtney L. Farkas _____ , of Kirkland & Ellis LLP, 601 Lexington Avenue, NY, NY 10022
             *Applicant=s Name*                                  *Firm Name / Address*

      (212 )446-4853                            Courtney.Farkas@kirkland.com
      *Telephone Number*                                 *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  __ Plaintiff  X Defendant

__ Intervener or other interested person _____

and the designation of _____ Diana Torres/Bar No. CA 162284 _____
                                   *Local Counsel Designee /State Bar Number*

of ___ Kirkland & Ellis, LLP, 333 South Hope Street, Los Angeles, California 90071
                                *Local Counsel Firm / Address*

      (213) 680-8338                              Diana.Torres@Kirkland.com
      *Telephone Number*                                   *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

✓ GRANTED

___ DENIED. Fee shall be returned by the Clerk.

___ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated  MAY 17 2011  _____

                                 **RONALD S.W. LEW**

                                  _____

                    U. S. District Judge/~~U.S. Magistrate Judge~~